**No. 11-149. Floyd P. Donley, Sr., Petitioner v. Allen Ordeneaux, III, et al.**

565 U.S. 943, 132 S. Ct. 405, 181 L. Ed. 2d 258, 2011 U.S. LEXIS 7344.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 419 Fed. Appx. 519.